STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Gerald John Hobensack, Jr.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GERALD JOHN HOBENSACK, JR.,

                Plaintiff,    CASE NO.: 2:21-cv-09958-AFM

   -v-

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                Defendant.

## ~~PROPOSED~~ ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the stipulation of the parties and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Five Thousand Three Hundred Seventy Dollars and Forty-One Cents ($5,370.41) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group at:

> 250 South Clinton St., Suite 210,
> Syracuse, NY 13202

So ordered.

Date: 1/3/2023                                   _____

                                                                Alexander F. MacKinnon
                                                                United States Magistrate Judge

[Proposed Order proffer: Stuart T. Barasch; copy to Armand Roth]